| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Venecia A Murray** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 19-30130 |

☒ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ **0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B...................................................... $ **37,534.13**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................. $ **37,534.13**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ **11,514.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................... $ **222,026.00**

   **Your total liabilities** $ **233,540.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.............................................................. $ **5,259.56**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................ $ **5,168.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1   Venecia A Murray      Case number *(if known)*  19-30130

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $    **6,433.34**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 200,150.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 200,150.00 |

| | | | |
|---|---|---|---|
| Debtor 1 | **Venecia A Murray** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | 19-30130 | | |

■ Check if this is an amended filing

# Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.

    ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| 4.1 | **Aes/efs** | Last 4 digits of account number | **0001** | **$29,474.00** |
| | Nonpriority Creditor's Name | | | |
| | **Attn: Bankruptcy** <br> **Po Box 2461** <br> **Harrisburg, PA 17105** | When was the debt incurred? | **Opened 09/06  Last Active 9/30/19** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| | Who incurred the debt? Check one. | | | |
| | ■ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| | ☐ Check if this claim is for a community debt | ■ Student loans | | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ☐ Yes | ☐ Other. Specify _____ | | |
| | | **Educational** | | |

Debtor 1 **Venecia A Murray**  Case number (if known) **19-30130**

| 4.2 | **Affirm Inc** | Last 4 digits of account number **WIGY** | $48.00 |

Nonpriority Creditor's Name
**Affirm Incorporated**
**Po Box 720**
**San Francisco, CA 94104**
Number Street City State Zip Code

When was the debt incurred? **Opened 06/18  Last Active 1/31/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Unsecured**

---

| 4.3 | **Affirm Inc** | Last 4 digits of account number **VEH2** | $281.00 |

Nonpriority Creditor's Name
**Affirm Incorporated**
**Po Box 720**
**San Francisco, CA 94104**
Number Street City State Zip Code

When was the debt incurred? **Opened 04/18  Last Active 2/23/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Unsecured**

---

| 4.4 | **Capital One Auto Finance** | Last 4 digits of account number **1001** | $3,585.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? **Opened 08/14  Last Active 1/16/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Automobile**

| Debtor 1 | Venecia A Murray | | Case number (if known) | 19-30130 |
|---|---|---|---|---|

### 4.5 Comenity Bank / The Limited

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **1493**   $1,562.00

**When was the debt incurred?** **Opened 08/14 Last Active 03/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

### 4.6 Comenity Bank/Victoria Secret

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **4114**   $1,552.00

**When was the debt incurred?** **Opened 06/13 Last Active 03/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

### 4.7 Fingerhut

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **0759**   $4,035.00

**When was the debt incurred?** **Opened 11/12 Last Active 02/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

| Debtor 1 | **Venecia A Murray** | Case number (if known) | **19-30130** |
|---|---|---|---|

| 4.8 | **Genesis Financial/Jared** | Last 4 digits of account number | **5658** | $1,368.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Genesis FS Card Services
Po Box 4477
Beaverton, OR 97076**

When was the debt incurred? **Opened 3/20/13 Last Active 2/21/19**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify **Charge Account**

| 4.9 | **LVNV Funding/Resurgent Capital** | Last 4 digits of account number | **7200** | $1,245.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603**

When was the debt incurred? **Opened 04/19 Last Active 09/18**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify **Factoring Company Account Credit One Bank N.A.**

| 4.10 | **Navient** | Last 4 digits of account number | **0109** | $11,788.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773**

When was the debt incurred? **Opened 01/17 Last Active 9/30/19**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Other. Specify

**Educational**

| Debtor 1 | **Venecia A Murray** | | Case number (if known) | **19-30130** |
|---|---|---|---|---|

| 4.1 1 | **Navient** | Last 4 digits of account number | **0817** | **$12,025.00** |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | **Attn: Bankruptcy** **Po Box 9640** **Wilkes-Barre, PA 18773** | When was the debt incurred? | **Opened 08/16 Last Active 9/30/19** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| | **Who incurred the debt?** Check one. | | | |
| | ■ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| | ☐ **Check if this claim is for a community debt** | ■ Student loans | | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ☐ Yes | ☐ Other. Specify _____ | | |
| | | **Educational** | | |

| 4.1 2 | **Navient** | Last 4 digits of account number | **0511** | **$12,389.00** |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | **Attn: Bankruptcy** **Po Box 9640** **Wilkes-Barre, PA 18773** | When was the debt incurred? | **Opened 05/16 Last Active 9/30/19** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| | **Who incurred the debt?** Check one. | | | |
| | ■ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| | ☐ **Check if this claim is for a community debt** | ■ Student loans | | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ☐ Yes | ☐ Other. Specify _____ | | |
| | | **Educational** | | |

| 4.1 3 | **Navient** | Last 4 digits of account number | **1109** | **$12,728.00** |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | **Attn: Bankruptcy** **Po Box 9640** **Wilkes-Barre, PA 18773** | When was the debt incurred? | **Opened 11/15 Last Active 9/30/19** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| | **Who incurred the debt?** Check one. | | | |
| | ■ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| | ☐ **Check if this claim is for a community debt** | ■ Student loans | | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ☐ Yes | ☐ Other. Specify _____ | | |
| | | **Educational** | | |

| Debtor 1 | **Venecia A Murray** | | Case number (if known) | **19-30130** |

| | | | | |
|---|---|---|---|---|
| 4.14 | **Navient** | Last 4 digits of account number | **0106** | **$13,487.00** |
| | Nonpriority Creditor's Name | | | |
| | **Attn: Bankruptcy** <br> **Po Box 9640** <br> **Wilkes-Barre, PA 18773** | When was the debt incurred? | **Opened 01/15  Last Active 9/30/19** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| | **Who incurred the debt?** Check one. | | | |
| | ■ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| | ☐ **Check if this claim is for a community debt** | ■ Student loans | | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ☐ Yes | ☐ Other. Specify _____ | | |
| | | **Educational** | | |

| | | | | |
|---|---|---|---|---|
| 4.15 | **Navient** | Last 4 digits of account number | **0818** | **$13,762.00** |
| | Nonpriority Creditor's Name | | | |
| | **Attn: Bankruptcy** <br> **Po Box 9640** <br> **Wilkes-Barre, PA 18773** | When was the debt incurred? | **Opened 08/14  Last Active 9/30/19** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| | **Who incurred the debt?** Check one. | | | |
| | ■ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| | ☐ **Check if this claim is for a community debt** | ■ Student loans | | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ☐ Yes | ☐ Other. Specify _____ | | |
| | | **Educational** | | |

| | | | | |
|---|---|---|---|---|
| 4.16 | **Navient** | Last 4 digits of account number | **1227** | **$13,673.00** |
| | Nonpriority Creditor's Name | | | |
| | **Attn: Bankruptcy** <br> **Po Box 9640** <br> **Wilkes-Barre, PA 18773** | When was the debt incurred? | **Opened 12/13  Last Active 9/30/19** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| | **Who incurred the debt?** Check one. | | | |
| | ■ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| | ☐ **Check if this claim is for a community debt** | ■ Student loans | | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ☐ Yes | ☐ Other. Specify _____ | | |
| | | **Educational** | | |

| Debtor 1 | **Venecia A Murray** | Case number (if known) | **19-30130** |
|---|---|---|---|

| 4.17 | **Navient** | Last 4 digits of account number | **0819** | **$13,890.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name  
**Attn: Bankruptcy**  
**Po Box 9640**  
**Wilkes-Barre, PA 18773**  
Number Street City State Zip Code

When was the debt incurred? **Opened 08/13  Last Active 9/30/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify **Educational**

| 4.18 | **Navient** | Last 4 digits of account number | **0503** | **$4,620.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name  
**Attn: Bankruptcy**  
**Po Box 9640**  
**Wilkes-Barre, PA 18773**  
Number Street City State Zip Code

When was the debt incurred? **Opened 05/10  Last Active 9/30/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify **Educational**

| 4.19 | **Navient** | Last 4 digits of account number | **0104** | **$7,546.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name  
**Attn: Bankruptcy**  
**Po Box 9640**  
**Wilkes-Barre, PA 18773**  
Number Street City State Zip Code

When was the debt incurred? **Opened 01/10  Last Active 9/30/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify **Educational**

| Debtor 1 | **Venecia A Murray** | Case number (if known) | **19-30130** |
|---|---|---|---|

| 4.20 | **Navient** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9640** <br> **Wilkes-Barre, PA 18773** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **0817** <br><br> **When was the debt incurred?** **Opened 08/09  Last Active 9/30/19** <br><br> **As of the date you file, the claim is:** Check all that apply <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of NONPRIORITY unsecured claim:** <br><br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☐ Other. Specify _____ <br> **Educational** | **$7,777.00** |
|---|---|---|

| 4.21 | **Navient** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9640** <br> **Wilkes-Barre, PA 18773** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **0818** <br><br> **When was the debt incurred?** **Opened 08/08  Last Active 9/30/19** <br><br> **As of the date you file, the claim is:** Check all that apply <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of NONPRIORITY unsecured claim:** <br><br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☐ Other. Specify _____ <br> **Educational** | **$3,784.00** |
|---|---|---|

| 4.22 | **Navient** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9640** <br> **Wilkes-Barre, PA 18773** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **0818** <br><br> **When was the debt incurred?** **Opened 08/08  Last Active 9/30/19** <br><br> **As of the date you file, the claim is:** Check all that apply <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of NONPRIORITY unsecured claim:** <br><br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☐ Other. Specify _____ <br> **Educational** | **$2,586.00** |
|---|---|---|

| Debtor 1 | **Venecia A Murray** | Case number (if known) | **19-30130** |

| 4.2 3 | **Navient** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9640** <br> **Wilkes-Barre, PA 18773** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **1229** <br><br> When was the debt incurred? **Opened 12/08 Last Active 09/19** <br><br> **As of the date you file, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☐ Other. Specify _____ <br> **Educational** | **$2,626.00** |

| 4.2 4 | **Navient** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9640** <br> **Wilkes-Barre, PA 18773** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **1229** <br><br> When was the debt incurred? **Opened 12/08 Last Active 09/19** <br><br> **As of the date you file, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☐ Other. Specify _____ <br> **Educational** | **$4,038.00** |

| 4.2 5 | **Navient** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9640** <br> **Wilkes-Barre, PA 18773** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **0303** <br><br> When was the debt incurred? **Opened 03/08 Last Active 09/19** <br><br> **As of the date you file, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☐ Other. Specify _____ <br> **Educational** | **$3,768.00** |

| Debtor 1 | **Venecia A Murray** | Case number (if known) | **19-30130** |

---

**4.26** | **Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 9640**
**Wilkes-Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **0303**   $8,439.00

When was the debt incurred?  **Opened 03/08  Last Active 09/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Educational**

---

**4.27** | **Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 9640**
**Wilkes-Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **1102**   $1,590.00

When was the debt incurred?  **Opened 11/07  Last Active 09/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Educational**

---

**4.28** | **Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 9640**
**Wilkes-Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **1025**   $6,778.00

When was the debt incurred?  **Opened 10/06  Last Active 09/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Educational**

---

| Debtor 1 | **Venecia A Murray** | | Case number (if known) | **19-30130** |
|---|---|---|---|---|

| 4.29 | **Navient** | Last 4 digits of account number | **1025** | **$4,169.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred? **Opened 10/06  Last Active 09/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Educational**

| 4.30 | **Nova Southeastern University** | Last 4 digits of account number | | **$9,213.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3301 College Avenue
Fort Lauderdale, FL 33314**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Student Loan**

| 4.31 | **OneMain Financial** | Last 4 digits of account number | **8688** | **$5,893.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731**
Number Street City State Zip Code

When was the debt incurred? **Opened 02/18  Last Active 03/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Unsecured**

| Debtor 1 | **Venecia A Murray** | | Case number (if known) | **19-30130** |
|---|---|---|---|---|

| 4.3 2 | **Sterling Jewelers/Kay Jewelers** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **375 Ghent Rd** <br> **Akron, OH 44333** <br> Number Street City State Zip Code | Last 4 digits of account number **5894** | | **$605.00** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** **Opened 3/18/11 Last Active 03/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

| 4.3 3 | **Synchrony Bank/Amazon** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 965060** <br> **Orlando, FL 32896** <br> Number Street City State Zip Code | Last 4 digits of account number **6156** | | **$1,702.00** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** **Opened 08/13 Last Active 2/26/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 200,150.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that** | 6g. | $ | 0.00 |

| Debtor 1 | Venecia A Murray | | Case number (if known) | 19-30130 |
|---|---|---|---|---|

| | | you did not report as priority claims | | | |
|---|---|---|---|---|---|
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 21,876.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **222,026.00** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Venecia A Murray** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 19-30130 |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Venecia A Murray**
**Venecia A Murray**
Signature of Debtor 1

Date **November 22, 2019**

X _____
Signature of Debtor 2

Date _____

Aes/efs
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

Affirm Inc
Affirm Incorporated
Po Box 720
San Francisco, CA 94104

Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Comenity Bank / The Limited
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395

Genesis Financial/Jared
Genesis FS Card Services
Po Box 4477
Beaverton, OR 97076

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

```
Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773


Nova Southeastern University
3301 College Avenue
Fort Lauderdale, FL 33314


OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731


Sterling Jewelers/Kay Jewelers
Attn: Bankruptcy
375 Ghent Rd
Akron, OH 44333


Synchrony Bank/Amazon
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896
```

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **Sadek & Cooper Law Office**<br>**1315 Walnut Street**<br>**Suite 502**<br>**Philadelphia, PA 19107**<br>**215-545-0008** | |

In Re:
    **Venecia A Murray**

Case No.: **19-30130**

Chapter: **7**

Judge:

## AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the list or schedule(s) to be amended:

☐ Schedule D - Creditors Holding Secured Claims

☐ Schedule H - Codebtors

☐ Schedule E - Creditors Holding Unsecured Priority Claims

☑ List of Creditors (Matrix)

☑ Schedule F - Creditors Holding Unsecured Claims

☐ Schedule G - Executory Contracts and Unexpired Leases

**IMPORTANT:** Pursuant to D.N.J. LBR 1007-1, the mailing list must be updated when an amendment to Schedule D, E, F, G, or H is filed. Accordingly, there is a fee to amend any of the above schedules. There is no fee due if the nature of the amendment is to add or change the address of a previously listed creditor.

The list or schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

**ADDED: Nova Southeastern University, 3301 College Avenue, Fort Lauderdale, FL 33314**

I certify under penalty of perjury that the above information is correct:

*rev. 8/1/15*

Date: **November 22, 2019**    Debtor's signature: **/s/ Venecia A Murray**

* Schedules D, E, F, G or H and the List of Creditors may be amended simultaneously, thereby incurring only one $31fee.

*rev. 8/1/15*